# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-1815
_____

United States of America

*Plaintiff - Appellee*

v.

Roman Gabriel Prescott, Jr., also known as Rome

*Defendant - Appellant*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: August 21, 2025
Filed: September 30, 2025
[Unpublished]
_____

Before LOKEN, GRASZ, and STRAS, Circuit Judges.
_____

PER CURIAM.

        One year into his 57-month sentence for possessing a firearm as a felon, *see*
18 U.S.C. § 922(g)(1), Roman Prescott requested a sentence reduction, *see id.*

§ 3582(c)(2).  He argues the district court[1] needed to say more about why it did not grant one.

We conclude otherwise.  *See United States v. McDonald*, 944 F.3d 769, 771 (8th Cir. 2019) (reviewing for an abuse of discretion).  Even if an explanation was necessary, *but see Chavez-Meza v. United States*, 585 U.S. 109, 115 (2018) (noting that "the statute governing sentence-modification motions does not insist that the judge provide a 'reason'" (quoting 18 U.S.C. § 3553(c)(1))), the district court's order showed that it "considered the parties' arguments" and "exercis[ed] [its] own legal decisionmaking authority," *id.* at 118 (citation omitted).  Enough, in other words, "for meaningful appellate review."  *Id.* at 115 (citation omitted).  We accordingly affirm the judgment of the district court.

_____

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota.